UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARDIN BENJAMIN, ADC #156643**  PLAINTIFF

**V.**   5:19CV00299-BRW-JTR

**LAYEFFETTE WOODS, Sheriff,**
**Dub Brassell Detention Center,** *et al.*   DEFENDANTS

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation.

Benjamin may proceed with his failure to protect claims against Woods, Tyler and Adams. The Clerk is directed to prepare a summons for Woods, Tyler and Adams at the Dub Brassell Detention Center. The United States Marshal is directed to serve the Complaint[3] and this Order on them without prepayment of fees and costs or security therefor. If any of the defendants are no longer Jefferson County employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

All other claims against Woods, Tyler and Adams are dismissed without prejudice. Bean is dismissed without prejudice as a defendant in this action. I certify that an *in forma pauperis* appeal of these rulings would not be taken in good faith.[4]

IT IS SO ORDERED this 14th day of November, 2019.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[3] Doc. No. 2.

[4] 28 U.S.C. § 1915(a)(3).