## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CARDIN BENJAMIN                                                                    PLAINTIFF

VS.                              No. 5:19-CV-00299-BRW

LAYEFFETTE WOODS, Sheriff,
Dub Brassell Detention Center, *et al.*                                          DEFENDANTS

## ORDER

Cardin Benjamin has not complied with the January 10, 2020 Order directing him to file a free-world application to proceed *in forma pauperis*.[1] The time to do so has expired. His mail is being returned as undeliverable.[2] Thus, this case is dismissed without prejudice due to a lack of prosecution.[3] I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[4]

IT IS SO ORDERED this 10th day of April, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1]    Doc. 12.

[2]    Docs. 15, 16.

[3]    Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[4]    28 U.S.C. § 1915(a)(3).