# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CARDIN BENJAMIN**                                                                 **PLAINTIFF**

**VS.**                              **No. 5:19-CV-00299-BRW**

**LAYEFFETTE WOODS, Sheriff,**
**Dub Brassell Detention Center,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 10th day of April, 2020.


                                                                  Billy Roy Wilson
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).